IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA

| | |
|---|---|
| Roy Lee Smith, ) | C/A No. 0:15-2435-JMC-PJG |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | **ORDER** |
| ) | |
| M. Sgt. Brian Chapman, *Criminal Investigation Sec. Beaufort County Sheriff's Office*; Joanne M. Dyer, ) ) ) | |
| ) | |
| Defendants. ) | |
| _____ ) | |

This is a civil action filed by a *pro se* litigant. Under Local Civil Rule 73.02(B)(2) (D.S.C.), pretrial proceedings in this action have been referred to the assigned United States Magistrate Judge.

By order issued on July 16, 2015 the court allowed Plaintiff an opportunity to provide the documents necessary to bring this case into proper form. (ECF No. 8.) Plaintiff complied with the court's order.

### **CLERK OF COURT**:

This case is subject to summary dismissal based on an initial screening conducted pursuant to 28 U.S.C. §1915. Therefore, the Clerk of Court shall ***not*** issue the summonses or forward this matter to the United States Marshal for service of process at this time.

**IT IS SO ORDERED**.

_____
Paige J. Gossett
UNITED STATES MAGISTRATE JUDGE

October 1, 2015
Columbia, South Carolina